**FILED**

**NOVEMBER 20, 2007**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6559**

| In the Matter of | Case Number: |
|---|---|

HOMEDIRECT, INC., d/b/a HOMEDIRECT USA
V.
UNIQUE SHIPPING AND DELIVERIES, LLC, d/b/a
UNIQUE DELIVERIES AND SHIPPING

**JUDGE HART**
**MAGISTRATE JUDGE NOLAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, HOMEDIRECT, INC., d/b/a HOMEDIRECT USA

---

NAME (Type or print)
Christopher J. Horvay

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
    s/ Christopher J. Horvay

FIRM
Gould & Ratner LLP

STREET ADDRESS
222 N. LaSalle Street, Suite 800

CITY/STATE/ZIP
Chicago, IL 60601

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 1263315 | (312) 236-3003 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐