AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

HOMEDIRECT, INC., d/b/a HOMEDIRECT USA,

V.

UNIQUE SHIPPING and DELIVERIES, LLC, d/b/a UNIQUE DELIVERIES AND SHIPPING

CASE NUMBER: **07 C 6559**

ASSIGNED JUDGE: **JUDGE HART**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE NOLAN**

TO: (Name and address of Defendant)

Unique Shipping and Deliveries, LLC d/b/a Unique Deliveries and Shipping
c/o Registered Agent Diane Bingham
285 East 900 South
Provo, Utah 84606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gould & Ratner LLP/Mark E. Abraham
222 N. LaSalle Street, Suite 800
Chicago, IL 60601
(312) 236-3003

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*[signature]*

(By) DEPUTY CLERK

**November 20, 2007**

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE Nov 27, 2007 |
| NAME OF SERVER *(PRINT)* Sharyl L. Tamsot | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

    ☐ Served personally upon the defendant. Place where served: _____

    ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

    ☐ Returned unexecuted: _____

    ☐ Other (specify): Certified Mail, return receipt obtained

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Nov 27, 2007
*Date*

Sharyl L Tamsot
*Signature of Server*

222 N. LaSalle Street, Chicago, IL 60601
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

