**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| HOMEDIRECT, INC., d/b/a HOMEDIRECT USA, | ) | |
| Plaintiff, | ) | No. 07-CV-06559 |
| v. | ) | Judge William T. Hart |
| UNIQUE SHIPPING AND DELIVERIES, LLC, d/b/a UNIQUE DELIVERIES AND SHIPPING, | ) | Hearing Date: April 9, 2008 at 11:00 a.m. |
| Defendant. | ) | |

**MOTION FOR DEFAULT JUDGMENT**

Plaintiff, HomeDirect, Inc., d/b/a HomeDirect USA (hereinafter, "HomeDirect"), by and through its counsel, Gould & Ratner LLP, for its Motion for Default Judgment against Defendant, Unique Shipping and Deliveries, LLC, d/b/a Unique Deliveries and Shipping (hereinafter, "Unique"), states as follows:

1. HomeDirect filed a Complaint against Unique on November 20, 2007. A true and accurate copy of the Complaint is attached as Exhibit A.

2. Unique was served with a copy of the Complaint and summons on November 30, 2007. The executed Return of Service was filed on December 20, 2007. A true and correct copy of the Return of Service is attached as Exhibit B.

3. To date, HomeDirect has not received an answer or appearance on behalf of Unique pursuant to Federal Rule of Civil Procedure 12(a)(1)(A). A check of the court docket also confirms that Unique has not filed an answer or appearance.

4. On January 8, 2008, HomeDirect filed an Amended Complaint. A true and accurate copy of the Amended Complaint is attached as Exhibit C.

5. The Amended Complaint was sent via certified mail to Unique on January 8, 2008. Unique refused service of the Amended Complaint upon attempted delivery on January 11, 16, or 26, 2008. A true and accurate copy of the Certificate of Service of the Amended Complaint is attached as Exhibit D.

6. Under the terms of the December 8, 2006 Transportation and Logistics Services Agreement (the "Services Agreement") attached to the Complaint, Unique is obligated to pay to HomeDirect the principal amount of $156,737.05 which represents the outstanding balance for services performed by HomeDirect. *See Affidavit of Michael Bilancia, HomeDirect USA's Director of Credit and Collections, attached as Exhibit E.* Pursuant to § 9 of the Services Agreement attached to the Complaint, Defendant is obligated to pay HomeDirect's attorney's fees in the amount of $9,844.50, plus court costs for filing fees and for out of state service of process. *See Affidavit of Mark E. Abraham, attached as Exhibit F.*

WHEREFORE, Plaintiff, HomeDirect, Inc., d/b/a HomeDirect USA, requests that this Court enter default judgment in its favor and against Defendant, Unique Shipping and Deliveries, LLC, d/b/a Unique Deliveries and Shipping, in the amount of $166,581.55, plus costs, together with such further relief in its favor as this Court deems appropriate.

HOMEDIRECT, INC.,
d/b/a HOMEDIRECT USA,

By: /s/ Mark E. Abraham
One of its Attorneys

Christopher J. Horvay (I.D. No. 1263315)
Mark E. Abraham (I.D. No. 6269303)
GOULD & RATNER LLP
222 North LaSalle St., Suite 800
Chicago, Illinois 60601
Telephone: (312) 236-3003
Facsimile: (312) 236-3241

## CERTIFICATE OF SERVICE

I, Mark E. Abraham, an attorney, hereby certify that I electronically filed the foregoing **Motion for Default Judgment,** with the Clerk of the Court using the CM/EFC system.

A copy was also served upon the following, via Certified Mail, on this 1st day of April, 2008.

TO: Unique Shipping and Deliveries, LLC /d/b/a Unique Deliveries and Shipping
c/o Registered Agent Diane Bingham
285 E 900 S
Provo, Utah 84606

and

Mr. Thomas W. Seiler
Robinson, Seiler & Anderson LC
2500 North University Avenue
Provo, Utah 84604

/s/ Mark E. Abraham