AO 440 (Rev. 05/00) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

HOMEDIRECT, INC., d/b/a HOMEDIRECT USA,

V.

UNIQUE SHIPPING and DELIVERIES, LLC, d/b/a UNIQUE DELIVERIES AND SHIPPING

CASE NUMBER: **07 C 6559**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE HART
MAGISTRATE JUDGE NOLAN**

TO: (Name and address of Defendant)

Unique Shipping and Deliveries, LLC d/b/a Unique Deliveries and Shipping
c/o Registered Agent Diane Bingham
285 East 900 South
Provo, Utah 84606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gould & Ratner LLP/Mark E. Abraham
222 N. LaSalle Street, Suite 800
Chicago, IL 60601
(312) 236-3003

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

**November 20, 2007**
Date


EXHIBIT B

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE Nov 27, 2007 |
| NAME OF SERVER (PRINT) Sharyl L. Tamsset | TITLE Paralegal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Certified Mail, return receipt obtained

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Nov 27, 2007　　*Sharyl L Tamsset*
　　　　　　　　Date　　　　　　　　　Signature of Server

　　　　　　　　　　　　　　222 N. LaSalle Street, Chicago, IL 60601
　　　　　　　　　　　　　　Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



## Service of Process:

1:07-cv-06559 HomeDirect, Inc. v. Unique Shipping and Deliveries, LLC

United States District Court

Northern District of Illinois - CM/ECF LIVE, Ver 3.0

## Notice of Electronic Filing

The following transaction was entered by Abraham, Mark on 12/20/2007 at 10:09 AM CST and filed on 12/20/2007

**Case Name:** HomeDirect, Inc. v. Unique Shipping and Deliveries, LLC
**Case Number:** 1:07-cv-6559
**Filer:** HomeDirect, Inc.
**Document Number:** 7

**Docket Text:**
SUMMONS Returned Executed by HomeDirect, Inc. as to Unique Shipping and Deliveries, LLC on 11/30/2007, answer due 12/20/2007. (Abraham, Mark)


**1:07-cv-6559 Notice has been electronically mailed to:**

Mark E. Abraham     mabraham@gouldratner.com

Christopher J. Horvay     chorvay@gouldratner.com

**1:07-cv-6559 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=12/20/2007] [FileNumber=4296233-0] [3a007e89f08d950cfd4e44ebb8cff3643017ca35b002e9c45361d70682a120c1c4 0769c37197f3725a90ac9acbffd16fb705201ee9d141585b49b81b75cd9638]]