## CERTIFICATE OF SERVICE

I, Mark E. Abraham, an attorney, hereby certify that I electronically filed the foregoing **Amended Complaint,** with the Clerk of the Court using the CM/EFC system.

A copy was also served upon the following, via Certified Mail, on this 8th day of January, 2008.

TO:  Unique Shipping and Deliveries, LLC /d/b/a Unique Deliveries and Shipping
c/o Registered Agent Diane Bingham
285 East 900 South
Provo, Utah 84606

/s/ Mark E. Abraham



EXHIBIT D