IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOMEDIRECT, INC., <br> d/b/a HOMEDIRECT USA, <br><br> Plaintiff, <br><br> v. <br><br> UNIQUE SHIPPING AND DELIVERIES, LLC, <br> d/b/a UNIQUE DELIVERIES AND SHIPPING, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 07-CV-06559 <br> ) Judge William T. Hart <br> ) <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF PROOF

I, Michael Bilancia, HomeDirect Inc., d/b/a HomeDirect USA's ("HomeDirect") Director of Credit and Collections, under penalty of perjury, state that I have personal knowledge of all matters stated herein except as to matters therein stated to be on information and belief and as to such matters certify as aforesaid that I verily believe the same to be true. If called to testify, I would competently testify as follows:

1. I make this affidavit for the purpose of proving and verifying the facts alleged in Plaintiff's complaint herein and in support of Plaintiff's Motion for Default Judgment.

2. I have reviewed the records of Unique Shipping and Deliveries, LLC, d/b/a Unique Deliveries and Shipping ("Defendant"), and am familiar with the material allegations contained in Plaintiff's Complaint.

3. Under the terms of the December 8, 2006 Transportation and Logistics Services Agreement (the "Services Agreement") attached to the Complaint, Defendant is obligated to pay to Plaintiff the principal amount of $156,737.05, which represents the outstanding balance for services performed by HomeDirect.

EXHIBIT E

/378104.v 1

And further affiant sayeth not.

                                                          _____
                                                          Michael Bilancia, Director of Credit and
                                                          Collections, HOMEDIRECT, INC., d/b/a
                                                          HOMEDIRECT USA

SUBSCRIBED and SWORN to before me this _____ day of April, 2008.

_____
              NOTARY PUBLIC

/378104.v1