IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOMEDIRECT, INC.,<br>d/b/a HOMEDIRECT USA,<br><br>          Plaintiff,<br><br>v.<br><br>UNIQUE SHIPPING AND DELIVERIES, LLC,<br>d/b/a UNIQUE DELIVERIES AND SHIPPING,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 07-CV-06559<br>)  Judge William T. Hart<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF PROOF**

I, Mark E Abraham, under penalty of perjury, state that I have personal knowledge of all matters stated herein except as to matters therein stated to be on information and belief and as to such matters certify as aforesaid that I verily believe the same to be true. If called to testify, I would competently testify as follows:

1. I am one of the attorneys for the Plaintiff herein, am its duly authorized agent, and have full knowledge and authority to make this Affidavit.

2. I make this affidavit for the purpose of proving and verifying the facts alleged in Plaintiff's Motion for Default Judgment.

3. Upon information and belief, Unique was served with a copy of the complaint and summons on November 20, 2007. An Executed Return of Service was filed on December 20, 2007. A true and accurate copy of the Return of Service is attached as Exhibit B to Plaintiff's Motion for Default Judgment.



/378126.v 1

4. Upon information and belief, service of an Amended Complaint was attempted upon Unique and was refused on January 11, 16, and 26, 2008. A true and accurate copy of the Certificate of Service is attached as Exhibit D to Plaintiff's Motion for Default Judgment.

5. To date, HomeDirect has not received an answer or appearance on behalf of Unique, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A).

6. I graduated from George Washington University Law School in 1999 and was admitted to practice law in the State of Illinois and the Northern District of Illinois in 1999.

7. I am an associate in the Litigation Department of the law firm of Gould & Ratner LLP, located in downtown Chicago, Illinois.

8. I have been practicing law in the Chicago, Illinois area since 1999 to the present and am familiar with the prevailing billable hour rates charged by attorneys in the Chicago, Illinois legal community.

9. My hourly billable rate is $240, which rate is consistent with the billable rate charged by attorneys in the Chicago area with my background and years in practice.

10. Pursuant to § 9 of the December 8, 2006 Transportation and Logistics Services Agreement (the "Services Agreement") attached to the Complaint, Defendant is obligated to pay HomeDirect's attorney's fees in the amount of $9,844.50, plus court costs for filing fees and for out of state service of process. A true and accurate copy of Gould & Ratner LLP's detailed fee statements will be provided for *in camera* review.

11. Gould & Ratner LLP's detailed fee statements, accurately reflect descriptions of work I (and other Gould & Ratner attorneys/paralegals/law clerks) performed in connection with this matter.

12. Each of the tasks reflected on the fee statements were necessary to the prosecution of this case. The time spent and rates charged are reasonable.

And further affiant sayeth not.

_____
Mark E. Abraham, one of Plaintiff's Attorneys

SUBSCRIBED and SWORN to before me this 1st day of April, 2008.

_____
NOTARY PUBLIC

OFFICIAL SEAL
PATSY VON RYAN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-30-2010

Mark E. Abraham (I.D. No. 6269303)
GOULD & RATNER LLP
222 North LaSalle St., Suite 800
Chicago, Illinois 60601
Telephone:　(312) 236-3003
Facsimile:　(312) 236-3241