IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOMEDIRECT, INC.,<br>d/b/a HOMEDIRECT USA,<br><br>Plaintiff,<br><br>v.<br><br>UNIQUE SHIPPING AND DELIVERIES, LLC,<br>d/b/a UNIQUE DELIVERIES AND SHIPPING,<br><br>Defendant. | No. 07-CV-06559<br><br>Judge William T. Hart |

## PROPOSED ORDER FOR DEFAULT JUDGMENT

This cause coming to being heard on Plaintiff's motion for the entry of an order of default, due notice having been served, and this Court being fully advised:

IT IS HEREBY ORDERED:

1. Plaintiff's Motion for Default Judgment against Unique Shipping and Deliveries, LLC, d/b/a Unique Deliveries and Shipping is granted.

2. Default judgment is entered in favor of HomeDirect, Inc., d/b/a/ HomeDirect USA and against Unique Shipping and Deliveries, LLC, d/b/a Unique Deliveries and Shipping in the amount of $166,581.55, plus costs.

_____, 2008.
ENTER:

_____
Judge

Christopher J. Horvay (I.D. No. 1263315)
Mark E. Abraham (I.D. No. 6269303)
GOULD & RATNER LLP
222 North LaSalle St., Suite 800
Chicago, Illinois 60601
Telephone:   (312) 236-3003
Facsimile:   (312) 236-3241

/376618.v1