IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOMEDIRECT, INC., <br> d/b/a HOMEDIRECT USA, <br><br> Plaintiff, <br><br> v. <br><br> UNIQUE SHIPPING AND DELIVERIES, LLC, <br> d/b/a UNIQUE DELIVERIES AND SHIPPING, <br><br> Defendant. | No. 07-CV-06559 <br><br> Judge William T. Hart <br> Hearing Date: April 9, 2008 <br> at 11:00 a.m. |

## NOTICE OF MOTION

To:   See Attached Certificate of Service

**PLEASE TAKE NOTICE** that on **April 9, 2008 at 11:00 a.m.**, or as soon thereafter as counsel may be heard, the undersigned counsel shall appear before the Honorable William T. Hart, in courtroom 2243 at the United States District Court, 219 S. Dearborn Street, Chicago, Illinois 60604, or in his absence, before such other Judge who may be sitting in his place and stead and shall then and there present **Plaintiff's Motion for Default Judgment**, a true and correct copy of which is attached hereto and served upon you.

Dated: April 1, 2008

                                                 HOMEDIRECT, INC.,
                                                 d/b/a HOMEDIRECT USA,

                                                 By:   /s/ Mark E. Abraham
                                                        One of its Attorneys

Christopher J. Horvay (I.D. No. 1263315)
Mark E. Abraham (I.D. No. 6269303)
GOULD & RATNER LLP
222 North LaSalle St., Suite 800
Chicago, Illinois 60601
Telephone:   (312) 236-3003
Facsimile:   (312) 236-3241

395923.1 102900.010

## CERTIFICATE OF SERVICE

I, Mark E. Abraham, an attorney, hereby certify that I electronically filed the foregoing **Motion for Default Judgment,** with the Clerk of the Court using the CM/EFC system.

A copy was also served upon the following, via Certified Mail, on this 1st day of April, 2008.

TO:  Unique Shipping and Deliveries, LLC /d/b/a Unique Deliveries and Shipping
c/o Registered Agent Diane Bingham
285 E 900 S
Provo, Utah 84606

and

Mr. Thomas W. Seiler
Robinson, Seiler & Anderson LC
2500 North University Avenue
Provo, Utah 84604

/s/ Mark E. Abraham