UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

HomeDirect, Inc.
                      Plaintiff,

v.                                        Case No.: 1:07−cv−06559
                                          Honorable William T. Hart

Unique Shipping and Deliveries, LLC
                      Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 15, 2008:

      MINUTE entry before Judge Honorable William T. Hart:Prove Up and plaintiff's motion for default judgment [12] reset to 6/18/2008 at 11:00 AM. Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.