IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOMEDIRECT, INC., <br> d/b/a HOMEDIRECT USA, <br><br> Plaintiff, <br><br> v. <br><br> UNIQUE SHIPPING AND DELIVERIES, LLC, <br> d/b/a UNIQUE DELIVERIES AND SHIPPING, <br><br> Defendant. | No. 07-CV-06559 <br><br> Judge William T. Hart <br> Hearing Date: July 23, 2008 <br> at 11:00 a.m. |

## RE-NOTICE OF MOTION

To:   See Attached Certificate of Service

**PLEASE TAKE NOTICE** that on **July 23, 2008 at 11:00 a.m.,** or as soon thereafter as counsel may be heard, the undersigned counsel shall appear before the Honorable William T. Hart, in courtroom 2243 at the United States District Court, 219 S. Dearborn Street, Chicago, Illinois 60604, or in his absence, before such other Judge who may be sitting in his place and stead and shall then and there present **Plaintiff's Motion for Default Judgment**, a copy of which has been previously served upon you.

Dated:  July 10, 2008

                                                                HOMEDIRECT, INC.,
                                                                d/b/a HOMEDIRECT USA,

                                                                By:  /s/  Joseph P. Bonavita
                                                                        One of its Attorneys

Christopher J. Horvay (I.D. No. 1263315)
Mark E. Abraham (I.D. No. 6269303)
Joseph P. Bonavita (I.D. No. 6291409)
GOULD & RATNER LLP
222 North LaSalle St., Suite 800
Chicago, Illinois 60601
Telephone:    (312) 236-3003
Facsimile:    (312) 236-3241

404452 102900.010

## **CERTIFICATE OF SERVICE**

I, Joseph P. Bonavita, an attorney, hereby certify that I electronically filed the foregoing **Re-Notice of Motion** (for Motion for Default Judgment filed and served upon you on April 1, 2008) with the Clerk of the Court using the CM/ECF system.

A copy was also served upon the following, via Certified Mail, on this 10th day of July, 2008, to the following:

Unique Shipping and Deliveries, LLC /d/b/a Unique Deliveries and Shipping
c/o Registered Agent Diane Bingham
285 E 900 S
Provo, Utah 84606

and

Michael Bingham
776 Sunrise Drive
Orem, Utah 84097

/s/ Joseph P. Bonavita