Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6559 | **DATE** | 7/23/2008 |
| **CASE TITLE** | HomeDirect, Inc. Vs. Unique Shipping and Deliveries, LLC | | |

**DOCKET ENTRY TEXT**

Prove Up held. Plaintiff's motion for default judgment [12] is granted. This Court enters judgment in favor of plaintiff and against defendant in the amount of $166,581.55 plus costs. Execution on judgment is stayed for ten days. Enter Default Judgment Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | CW |
|---|---|---|

07C6559 HomeDirect, Inc. Vs. Unique Shipping and Deliveries, LLC

Page 1 of 1