

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOMEDIRECT, INC., d/b/a HOMEDIRECT USA, ) ) ) ) Plaintiff, ) ) v. ) ) UNIQUE SHIPPING AND DELIVERIES, LLC, ) d/b/a UNIQUE DELIVERIES AND SHIPPING, ) ) Defendant. ) | No. 07-CV-06559  Judge William T. Hart |

### DEFAULT JUDGMENT ORDER

This cause coming to being heard on Plaintiff's Motion for Default Judgment, due notice having been served, and this Court being fully advised:

IT IS HEREBY ORDERED:

1. Plaintiff's Motion for Default Judgment against Unique Shipping and Deliveries, LLC, d/b/a Unique Deliveries and Shipping is granted.

2. Default judgment is entered in favor of HomeDirect, Inc., d/b/a/ HomeDirect USA and against Unique Shipping and Deliveries, LLC, d/b/a Unique Deliveries and Shipping in the amount of $166,581.55, plus costs.

_7/23_, 2008.

ENTER:

_____
Judge

Christopher J. Horvay (I.D. No. 1263315)
Mark E. Abraham (I.D. No. 6269303)
GOULD & RATNER LLP
222 North LaSalle St., Suite 800
Chicago, Illinois 60601
Telephone:   (312) 236-3003
Facsimile:   (312) 236-3241